**\*E-FILED\***
**October 18, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN BUILDERS,<br><br>    Plaintiffs,<br><br>v.<br><br>ERIC KASTNER, et al.,<br><br>    Defendants.<br>_____/ | No.  C 04-04329 JF  (RS)<br><br>**ORDER RESCHEDULING<br>SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Good cause appearing,

IT IS HEREBY ORDERED that the settlement conference scheduled for **November 3, 2005** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **November 18, 2005 at 11:00 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case.  Settlement conference statements, if not previously submitted,  are due seven (7) days prior to the settlement conference.  All other provisions of this Court's Order dated September 23, 2005 shall remain in effect.

1 | The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior
2 | to the date set for settlement conference.
3 |
4 | Dated:   October 18, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Peter D. Langley, Esq.
Email: peter@gdwp.com

Robert K. Hillison, Esq.
Email: rhillison@caswellbell.com

Eric C. Kastner
Email: eck@kastnerbanchero.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 18, 2005

                             CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                             By:     /s/ *BAK*