| | |
|---|---|
| ROBERT K. HILLISON (SBN 036874)<br>BRIAN K. CUTTONE (SBN 201314)<br>CASWELL BELL & HILLISON LLP<br>5200 North Palm Avenue, Suite 211<br>Fresno, CA  93704-2225<br>Telephone: 559.225.6550<br>Facsimile: 559.225.7912 | *E-FILED 11/3/05* |

Attorneys for Defendants Eric Kastner and Anne Stuhlreyer Kastner

ERIC KASTNER (SBN 053858)
KASTNER BANCHERO LLP
2465 E. Bayshore Road, Suite 405
Palo Alto, CA 94303-3228
Telephone: (650) 967-7856
Facsimile: (650) 320-9640

Attorneys for Defendants George Kastner, Jr. and Victoria Kastner

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

***

| | |
|---|---|
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ERIC C. KASTNER, STUHLREYER A. KASTNER, GEORGE W. KASTNER, JR., VICTORIA KASTNER, KASTNER RENTALS, and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. C 04-04329 JF (RS)<br><br>**STIPULATION RE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS  AND ORDER**<br><br>Date:　　　　11/16/05<br>Time:　　　　9:30 a.m.<br>Courtroom:　4, Fifth Floor |

　　　　The parties hereto, by and through their respective attorneys, hereby stipulate to resolve the pending motion to compel production of documents now scheduled for hearing on November 16, 2005, at 9:30 a.m., in Courtroom 4, as follows:

　　　　1.　　Plaintiff hereby withdraws its request for production of the document dated September 6, 2004 (Bates Nos. K000032-K000033) from Eric Kastner to Robert Hillison.

---

1          2.      Upon entry of the order herein, defendants will produce the following to
2  plaintiff:
3                  a.      Undated document (Bates Nos. K000041-K000043) from George
4  Kastner to Eric Kastner;
5                  b.      Document dated November 21, 2003 (Bates No. K000045) from
6  George Kastner to Cole, Anne and Eric Kastner; and
7                  c.      Document dated September 25, 2003 (Bates Nos. K000046-K000048)
8  from George Kastner to Eric Kastner.
9          3.      The document dated September 20, 2004 (Bates Nos. K000001-K000006)
10 from George Kastner to Eric Kastner will be delivered to the court for *in camera* review with the
11 Declaration of Eric Kastner, a copy of which is marked Exhibit "A" attached hereto and incorporated
12 by reference herein.
13         If the court determines that the privilege should be sustained with respect to the
14 document submitted for *in camera* review, it shall be returned to the attorneys for defendants. If the
15 court determines that the document reviewed *in camera* is not privileged, defendants shall deliver a
16 copy to counsel for plaintiff.
17         Plaintiff waives and withdraws any claim for attorney fees and sanctions.

CASWELL BELL & HILLISON LLP

Date:_____

_____
Robert K. Hillison
Attorneys for Defendants ERIC KASTNER and
ANNE STUHLREYER KASTNER

KASTNER BANCHERO LLP

Date:_____

_____
Eric C. Kastner
Attorneys for Defendants GEORGE KASTNER, JR.
and VICTORIA KASTNER

///// 
/////

|   |   |
|---|---|
| 1 | GORDON, WATROUS, RYAN, LANGLEY, BRUNO & PALTENGHI |
| 2 |   |
| 3 | Date:_____ |
| 4 | _____<br>Peter D. Langley<br>Attorneys for Plaintiff |

LEO & BROOKS, LLC

Date:_____   _____
Morris J. "Mo" Brooks, Jr.
Attorneys for Plaintiff

## ORDER

GOOD CAUSE APPEARING THEREFOR, THE FOREGOING STIPULATION IS ACCEPTED AND IT IS SO ORDERED.

Date: 11/3/05

/s/ Richard Seeborg
_____
United States Magistrate Judge