**\*E-FILED 11/7/05\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC.,<br><br>Plaintiff,<br>v.<br>ERIC KASTNER, ET AL.,<br><br>Defendants. | NO. 5:04-cv-4329 JF (RS)<br><br>**ORDER SUSTAINING DEFENDANT'S ASSERTION OF WORK PRODUCT PROTECTION FOLLOWING** *IN CAMERA* **REVIEW** |

Pursuant to stipulation of the parties, the Court conducted an *in camera* review of a document withheld from production to plaintiff American Builders & Contractors Supply Co., Inc. ("ABC") by defendant Eric Kastner ("Kastner") on the grounds of both attorney client privilege and work production protection. Based on its review, the Court concludes that the document is not protected by the attorney client privilege since the communication does not include a legal opinion formed and advice given by the attorney. Cal. Evid. Code § 952. Nonetheless, pursuant to Fed. R. Civ. Pro. 26(b)(3), the document is afforded qualified work production protection, since it was generated in preparation for the litigation between these parties. Green v. Baca, 2004 WL 1151649 (C.D. Cal. 2004). Accordingly, in order to obtain the document, ABC must show a substantial need for the material and an inability to obtain the substantial equivalent of the information without undue hardship. Id. That showing has not been made in this instance, nor could it be since ABC may simply depose

1  George Kastner and ask him about his recollection concerning the chronology of events which occurred in this
2  case. Accordingly, Kastner's objection to production is sustained.
3  IT IS SO ORDERED.
4  Dated: 11/7/05                                             /s/ Richard Seeborg
                                                              RICHARD SEEBORG
5                                                             United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

Robert K. Hillison     rhillison@caswellbell.com, gina@caswellbell.com; candace@caswellbell.com

Eric C. Kastner     eck@kastnerbanchero.com, fh@kastnerbanchero.com; ln@kastnerbanchero.com

Peter D. Langley     peter@gdwp.com, marilyn@gdwp.com

**Dated: 11/7/05**                                        **Chambers of Judge Richard Seeborg**

                                                                        **By:     /s/ BAK**