**E-filed 11/28/05**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN BUILDERS,<br><br>           Plaintiff,<br><br>    v.<br><br>ERIC KASTNER, et al.,<br><br>           Defendants. | Case No. CV-04-4329-JF<br><br>ORDER OF DISMISSAL |

The parties hereto, by their counsel, have advised the Court that they have agreed to a settlement of this case.

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the calendar to be

ORDER OF DISMISSAL

1  set for trial.

4  DATED: 11/23/05

5                                    /s/electronic signature

6                                    _____
                                     JEREMY FOGEL
7                                    United States District Judge

ORDER OF DISMISSAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

## MAGISTRATE JUDGE RICHARD SEEBORG

ERO/CRT REPRTR: __FTR__　　　　　　　　　　　DATE: __11/18/05__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
　　　　　　　　　　　　　　　　　　　　　　　CASE #: __C 04-04329 JF(RS)__

CASE TITLE: __AMERICAN BUILDERS__ VS. __ERIC KASTNER, EET AL__

**Appearances for Plaintiff(s)**　　　　**Appearances for Defendant(s)**

__PETER D. LANGLEY__　　　　　　　　__ROBERT K. HILLISON__

__MORRIS BROOKS, JR.__

### TODAY'S PROCEEDINGS

{X} SETTLEMENT CONF.　{ } PRETRIAL CONF.　{ } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

### DISPOSITION of TODAY'S PROCEEDINGS

[X] SETTLED　　[ ] NOT SETTLED　[ ] SETTLEMENT DISCUSSIONS ONGOING

### MOTION DISPOSITION SHOWN BELOW:

[ ] GRANTED　　[ ] DENIED　　[ ] SUBMITTED　　[ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**　[ ] PLTF;　[ ] DEFT;　[ ] COURT
Additional Comments: __SETTLEMENT PLACED ON THE RECORD.__

HOURS IN SETTLEMENT: _____　　Copies to: _____